UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
www.flsb.uscourts.gov

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ **SECOND** Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Ruben Montano          JOINT DEBTOR: Vivian Perez          CASE NO.: **13-28736 LMI**
Last Four Digits of SS# 4027          Last Four Digits of SS# 6331

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:
  A.    $ 415.37  for months  1  to  10 ;
  B.    $ 471.38  for months  11  to  60; in order to pay the following creditors:

Administrative:    Attorney's Fee - $ 3500.00 +500.00 (Motion to Value) +$500.00 (Motion to Strip)= $4,500.00
        TOTAL PAID    $2000.00
        Balance Due    $2500.00  payable $ 125.00 /month  (Months 1 to 10 ) and
                    payable $  250.00/month  (Months 11 to 15)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. N/A _____    Arrearage on Petition Date  $_____
Address:_____        Arrears Payment    $_____ /month (Months _____ to _____)
_____        Regular Payment    $_____ /month (Months _____ to _____)
Account No:

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| **Bank of America** Loan No. XXX3631 Prop. Address: 6965 W 5th Avenue Hialeah, FL 33014 | Homestead value: $153,136.00 | 0% | $0.00 | --- to --- | $0.00 |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. N/A _____ Total Due   $_____
        Payable    $_____/month (Months\_\_\_\_ to \_\_\_) Regular Payment $_____

Unsecured Creditors: Pay $ 258.30 /month (Months 1 to 10 ) and pay $174.24 /mo. (months 11 to 15); and pay $424.24/mo. (Months 16 to 60)

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: This 2nd modified plan begins in month #11 which is July 2014. The balance on hand of $2,841.37 is being paid to the unsecured creditors in months 1 thru 10.

The debtors are paying Bank of America (Loan No. XXX2467) directly outside the plan. The debtors surrender the property financed with JPMorgan Chase (Loan #XXX4872), Chase (Loan No. XXX9565) and Colonial Townhomes Assoc.

The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is on or before May 15 of each year the case is pending and that the debtor(s) shall provide the trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income.

LF-31 (rev. 08/01/06)

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/Alejandro Sixto, Esq.
Attorney for Debtor

Date: August 28, 2014

LF-31 (rev. 01/08/10)